CO-386-online

FILED 10:03

# United States District Court
# For the District of Columbia

AUG 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| United States, for Use and Benefit of of David Allen Company, Inc. and David Allen Company, Inc.<br><br>            vs    Plaintiff<br><br>Vista Contracting, Inc.<br>Fidelity & Deposit Company of Maryland<br><br>            Defendant | Civil Action No. _____<br><br>CASE NUMBER 1:05CV01673<br>JUDGE: James Robertson<br>DECK TYPE: Contract<br>DATE STAMP: 08/22/2005 |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __David Allen Company, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __David Allen Company, Inc.__ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__381415__
BAR IDENTIFICATION NO.

Randal W. Wax
Print Name

1155 15th Street, NW 9th Floor
Address

Washington, DC     20005
City     State     Zip Code

(202) 296-9260
Phone Number

2