AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

United States, for Use and Benefit of David Allen Company
Inc. and David Allen Company, Inc.
150 Rush Street
Raleigh, NC 27603

**SUMMONS IN A CIVIL CASE**

V.

VISTA CONTRACTING, INC.

Fidelity & Deposit Company of Maryland
Serve:
Mrs. Patricia E. Grays
Superintendent of Corporations
District of Columbia Department of Consumer & Regulatory Affairs
Corporations Division
941 North Capital Street, NE
Washington, DC 20002

CASE NUMBER  1:05CV01673

JUDGE: James Robertson

CASE NUMBE

DECK TYPE: Contract

DATE STAMP: 08/22/2005

Serve:
Mark Schaefer, Registered Agent
1614 20th Street, NW
Washington, D.C. 20009

TO: (Name and address of Defendant)

Fidelity & Deposit Company of Maryland
707 East Main Street
Richmond, Virginia  23218

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RANDALL W. WAY
HOLLANDS, SCHER, ASH
1155 15TH STREET, N.W.
W, D.C. 20005

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

AUG 22 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: September 21, 2005 |
| NAME OF SERVER *(PRINT)* Darryl J. Taylor | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served: _____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

      Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

G    Other (specify): Service was made by serving a copy of the summons and complaint on the District of Columbia Dept of Insurance and Securities Regulation, Lawrence H. Mirel, Commissioner. (See attached Affidavit)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9-21-2005     *(signature)* Darryl Taylor
             Date             Signature of Server

4807 6th Street, NE
Washington, D.C. 20017
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Holman-Taylor, Inc.

Paralegal Services for the District of Columbia, Maryland & Virginia

September 21, 2005

Mr. Lawrence H. Mirel, Commissioner
District of Columbia
Department of Insurance, Securities and Banking
810 1st Street, NE
Washington, DC 20002

Attn:   Ms. Michelle Mathis, Legal Affairs Office

Re:   **David Allen Company, Inc. v. Vista Contracting, Inc. and Fidelity & Deposit Company of Maryland, United States District Court for the District of Columbia Case No. 1:05-cv-01673-JR**

Dear Ms. Mathis:

I, the undersigned Affiant, state that Fidelity & Deposit Company of Maryland, ("Fidelity") is an insurance entity licensed to do business in the District of Columbia, which I am seeking to serve, and, after exercising due diligence, have been unable to the serve the designated resident, Mr. Mark Schaefer, of 1614 20th Street, N.W. Washington, D.C. 20036. I ask the D.C. Commisioner of Insurance and Securities Regulation, in accordance with the Federal Rules of Civil Procedure, Rule 4(h)(1) and Section 31-202(b) of the D.C. Code, to accept service as statutory agent for Fidelity & Deposit Company of Maryland. The last known address of Fidelity & Deposit Company of Maryland is:

  707 East Main Street
  Richmond, Virginia 23218

Enclosed are two copies of David Allen Company, Inc.'s Complaint and Summons. Please contact me with any questions.

_Sept 21, 2005_     _Darryl Taylor_
Date           Darryl J. Taylor
              Affiant (Private Process Server)

Subscribed and sworn to before me this ___ day of _____ 2005

_____
Notary Public

4807 6th Street, N.E. Washington, D.C. 20017
(Phone) 202-222-5245   (Fax) 202-832-4522

The District of Columbia: ss
subscribed and sworn to before me
this ___ day of _____

Lisa Renee Johnson
Notary Public, DC
My commission expires 10/14/2006