AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

United States, for Use and Benefit of David Allen Company Inc. and David Allen Company, Inc.
150 Rush Street
Raleigh, NC 27603

**SUMMONS IN A CIVIL CASE**

V.

Vista Contracting, Inc., ETAL
1310 Pennsylvania Avenue, SE
Washington, D.C. 20003
Serve:
Stephen Sostaric
1310 Pennsylvania Avenue, SE
Washington, D.C. 20003

CASE NUMBER:

CASE NUMBER 1:05CV01673
JUDGE: James Robertson
DECK TYPE: Contract
DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

Vista Contracting, Inc.
1310 Pennsylvania Avenue, SE
Washington, D.C. 20003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Randal W. Way
McManus, Schor, Asmar
1155 15th Street, N.W.
W.D.C. 20005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG 22 2005
CLERK                                DATE

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States, for Use and Benefit of David Allen Company, Inc., et al.

vs.

Vista Contracting, Inc., et al.

No. 1:05CV01673 JR

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Consent to Proceed Before a United States Magistrate Judge For All Purposes; Initial Electronic Case Filing Order; Complaint and Exhibits in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:30 pm on September 6, 2005, I served Vista Contracting, Inc. c/o Stephen Sostaric at 1310 Pennsylvania Avenue, SE, Washington, DC 20003 by serving Stephen Sostaric, authorized to accept. Described herein:

```
SEX-    MALE
AGE-    56
HEIGHT- 5'11"
HAIR-   GRAY
WEIGHT- 185
COLOR-  WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 09-08-05
         Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 157936