AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES, for use and Benefit of David Allen
Company, Inc., and DAVID ALLEN COMPANY, Inc.   )
                                                              )
                Plaintiff(s)                )           **APPEARANCE**

                          vs.                      )           CASE NUMBER   1:05CV01673
VISTA CONTRACTING, INC., and FIDELITY & DEPOSIT  )
COMPANY,
                Defendant(s)       )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Thomas O. Mason   as counsel in this
                                    (Attorney's Name)

case for:   Defendant Vista Contracting, Inc.
                    (Name of party or parties)


September 23, 2004                            _/s/ Thomas O. Mason_
Date                                               Signature

                                                Thomas O. Mason
DC460408                                         Print Name
BAR IDENTIFICATION
                                                8270 Greensboro Drive
                                                Address

                                                McLean, Virginia   22102
                                                City         State         Zip Code

                                                703-760-5200
                                                Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2005, I caused to be served by certified mail, return receipt requested, the foregoing Notice of Appearance upon:

Randal W. Wax
McManus, Schor, Ashmar & Darden, LLP
1155 15th Street, N.W., Suite 900
Washington, DC  20005

_____
Thomas O. Mason

1196583v1