IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, f/u/b/o<br>David Allen Company, Inc.<br><br>    Plaintiff,<br><br>v.<br><br>VISTA CONTRACTING, INC., et al.<br><br>    Defendants. | Case No. <u>1:05-cv-01673</u> |

## Stipulation of Dismissal

PLEASE TAKE NOTICE that pursuant to Fed.R.Civ.P 41(a)(1)(ii), all Plaintiffs in this action, through undersigned counsel, hereby dismiss this action with prejudice, each party to bear its own costs and attorneys fees, with the concurrence of counsel for all other parties who have appeared in this action. Respectfully submitted this 17th day of November 2005.

        DAVID ALLEN COMPANY, INC. &

        UNITED STATES f/u/b/o
        DAVID ALLEN COMPANY, INC.

        By Counsel

        */s/ Randal W. Wax*   With permission by Rachel C. Sevnuchik
        Randal W. Wax
        MCMANUS, SCHOR,
        ASMAR & DARDEN, L.L.P.
        1155 Fifteenth Street, N.W., Suite 900
        Washington, D.C. 20005
        (202) 296-9260
        (202) 659-3732 (fax)

SEEN AND AGREED TO
PER Fed.R.Civ.P. 41(a)(1)(ii):

VISTA CONTRACTING, INC.

*/s/ Rachel L. Semanchik/*
Thomas O. Mason
Rachel L. Semanchik
Francis E. Purcell, Jr.
Williams Mullen
A Professional Corporation
8270 Greensboro, VA  22102
(703) 760-5200
(703) 748-0244 (fax)